*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 15, 2016                    521513
_____

In the Matter of RICARDO
    RAMIREZ,
                        Petitioner,

          v                                    MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:  August 8, 2016

Before:  Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ.

_____

        Sophia Heller, Prisoners' Legal Services of New York,
Albany, for petitioner.

        Eric T. Schneiderman, Attorney General, Albany (Martin A.
Hotvet of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a modified determination finding him guilty of
violating a prison disciplinary rule.  The Attorney General has
advised this Court that the determination has now been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the $5
mandatory surcharge has been refunded to petitioner's inmate
account.  In view of this, the petition must be dismissed as moot

(see Matter of Robinson v Prack, 137 AD3d 1452, 1452 [2016]; Matter of Roye v Annucci, 137 AD3d 1392, 1393 [2016]).  Although petitioner seeks to be restored to the status that he enjoyed prior to the disciplinary determination, he is not entitled to such relief (see Matter of Khudan v Annucci, 139 AD3d 1198, 1198 [2016]; Matter of Corrieri v Annucci, 137 AD3d 1407, 1408 [2016]).  He is, however, entitled to the restoration of any good time lost as part of the penalty imposed by the modified determination (see Matter of Clark v New York State Dept. of Corr. & Community Supervision, 138 AD3d 1331, 1332 [2016]; Matter of Corrieri v Annucci, 137 AD3d at 1408).

    Peters, P.J., McCarthy, Devine, Clark and Mulvey, JJ., concur.

    ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court